**UNITED STATES of America, Plaintiff-Appellee,**

v.

**William Keith KNOX, Defendant-Appellant.**

No. 16-50079

United States Court of Appeals, Ninth Circuit.

Submitted December 18, 2017 *

Filed December 21, 2017

Daniel Hyun Kun Ahn, L. Ashley Aull, Assistant U.S. Attorneys, DOJ—Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff-Appellee

Stephanie Ames, Esquire, The Law Office of Stephanie Ames, Los Angeles, CA, for Defendant-Appellant

Before: WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

MEMORANDUM **

William Keith Knox appeals from the district court's judgment and challenges the 63-month sentence imposed following his guilty-plea conviction for wire fraud, in violation of 18 U.S.C. § 1343. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Knox contends that his guilty plea was not knowing and voluntary. He asserts that his questions and statements during the change-of-plea hearing reflect that he did not understand the plea. He further contends that the court failed to remedy his confusion and confirm that he was pleading guilty voluntarily, as Federal Rule of Criminal Procedure 11 requires. We review the voluntariness of a plea de novo, and an unpreserved Rule 11 claim for plain error. *See United States v. Carter*, 795 F.3d 947, 950 (9th Cir. 2015).

Contrary to Knox's argument, the record reflects that the court thoroughly reviewed all aspects of Knox's plea with him, gave him multiple opportunities to speak privately with his attorney, and adequately addressed his questions and requests for clarification. The totality of the circumstances show that his plea was knowing and voluntary. *See United States v. Kaczynski*, 239 F.3d 1108, 1114 (9th Cir. 2001). Moreover, there was no plain Rule 11 error; the district court twice confirmed that Knox was pleading guilty voluntarily and the record does not reflect that Knox would have pled differently had the court inquired further. *See* Fed. R. Crim. P. 11(b)(2); *United States v. Escamilla-Rojas*, 640 F.3d 1055, 1061-62 (9th Cir. 2011).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.